USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
JOSEFINA GONZALEZ, EDGAR FERNANDO :
VELICELA, EDGAR PATRICIO VELICELA, :
JOHN JAIRO VELICELA, MARCO TULIO : 1: 20-cv-01222-GHW
SALDANHA, JOSE ARMANDO SAMBULA, :
JOSE GINO DESOUZA, EDUARDO : ORDER
FERNANDO MACANCELA CHEDRAUI :
AND VICTOR MANUEL DISLA, :
:
                     Plaintiff, :
:
   -v - :
:
PENN STATION SHOE REPAIR, INC. d/b/a :
DRAGO SHOE REPAIR and VADIM :
KHAIMOV, individually, :
:
                    Defendants. :
:
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    On September 3, 2020, the Court held a conference regarding Plaintiffs' request for leave to file a motion for sanctions. Dkt. No. 34. As discussed on the record, in light of Defendant Vadim Khaimov's representation that he did not and will not contact Plaintiffs from unknown telephone numbers, Plaintiffs have withdrawn their request for leave to file a motion for sanctions.

    During the conference, the parties requested a three-week extension of fact discovery for the purpose of completing depositions. The parties' request for an extension of time is granted. The deadline for the completion of all fact discovery is extended to November 23, 2020. The deadline for the completion of all expert discovery is extended to January 21, 2021. Every party-proponent of a claim (including any counterclaim, cross-claim, or third-party claim) that intends to offer expert testimony in respect of such claim must make the disclosures required by Fed. R. Civ. P. 26(a)(2) by November 23, 2020. Every party-opponent of such claim that intends to offer expert testimony in opposition to such claim must make the disclosures required by Fed. R. Civ. P. 26(a)(2) by

December 23, 2020. The deadline for submission of motions for summary judgment, if any, is extended to February 19, 2021. The status conference scheduled for January 20, 2021 is adjourned to February 4, 2021 at 4:00 p.m. The joint status letter requested in the case management plan and scheduling order entered on July 6, 2020, Dkt. No. 33, is due no later than January 28, 2020. Except as expressly modified by this order, the case management plan entered by the Court on July 6, 2020, Dkt. No. 33, remains in full force and effect.

SO ORDERED.

Dated: September 3, 2020

_____
GREGORY H. WOODS
United States District Judge