|  |  |
|---|---|
| USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 9/16/20 | |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
:
JOSEFINA GONZALEZ, EDGAR FERNANDO :
VELICELA, EDGAR PATRICIO VELICELA, :
JOHN JAIRO VELICELA, MARCO TULIO  :  1: 20-cv-01222-GHW
SALDANHA, JOSE ARMANDO SAMBULA, :
JOSE GINO DESOUZA, EDUARDO  : ORDER
FERNANDO MACANCELA CHEDRAUI :
AND VICTOR MANUEL DISLA, :
:
         Plaintiff, :
:
  -v - :
:
PENN STATION SHOE REPAIR, INC. d/b/a :
DRAGO SHOE REPAIR and VADIM :
KHAIMOV, individually, :
:
        Defendants. :
:
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

  The Court has received the parties' proposed confidentiality order. Dkt. No. 38. The Court declines to enter that order because the parties failed to comply with Rule 4(D) of the Court's Individual Rules of Practice in Civil Cases. The parties are again directed to review and comply with the Court's Individual Rules.

  SO ORDERED.

Dated: September 16, 2020
New York, New York

                  _____
                  GREGORY H. WOODS
                  United States District Judge