```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/5/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
JOSEFINA GONZALEZ *et al.*,                                            :
:
                Plaintiffs,   :
:      20-CV-1222 (JPC)
      -v-                                                              :
:      ORDER
PENN STATION SHOE REPAIR, INC. *et al.*,                               :
:
                Defendants.   :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       On October 13, 2020, the Court ordered the parties to submit a joint letter updating the Court on the status of the case by October 27, 2020. (Dkt. 42.) The parties failed to submit this letter to the Court. Within one week of the filing of this Order, it is hereby ORDERED that either (1) the parties must file on ECF the joint letter described in Dkt. 42 or (2) each party must submit a letter, of no more than five pages, showing cause why sanctions should not be imposed in light of the parties' failure to comply with the Court's Order of October 13, 2020.

       SO ORDERED.

Dated: November 4, 2020
       New York, New York                           JOHN P. CRONAN
                                                                    United States District Judge