UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                    :

JOSEFINA GONZALEZ *et al.*,            :

                     :

              Plaintiffs,     :

                     :       20-CV-1222 (JPC)

        -v-               :

                     :       <u>ORDER</u>

PENN STATION SHOE REPAIR, INC. *et al.*,  :

                     :

             Defendants.    :

                     :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On December 24, 2020, Defendants filed a letter motion seeking an informal conference to discuss various discovery disputes.  (Dkt. 49.)  On December 30, 2020, Plaintiffs informed the Court that they have produced "all documents in their possession to Defendants' counsel."  (Dkt. 50.)  Plaintiffs also sought an extension of discovery to February 16, 2021.  (*Id.*)

Defendants' request for an informal conference is DENIED without prejudice to renewing this request if necessary.  Pursuant to 5.C of the Court's Individual Rules and Practices in Civil Cases, the Court respectfully reminds both parties to confer in good faith prior to raising a discovery dispute with the Court.  Plaintiffs' request for a discovery extension is GRANTED.  Fact discovery shall be completed by February 16, 2021.

The Clerk of Court is respectfully directed to terminate the motion pending at Docket Number 49.

        SO ORDERED.

Dated: January 4, 2021
      New York, New York                           JOHN P. CRONAN
                                          United States District Judge