```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
JOSEFINA GONZALEZ et al.,                                        :
                                                                 :
                          Plaintiffs,                            :
                                                                 :    20 Civ. 1222 (JPC)
             -v-                                                 :
                                                                 :        ORDER
PENN STATION SHOE REPAIR, INC. et al.,                           :
                                                                 :
                          Defendants.                            :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

Before the Court is Plaintiffs' request for "permission to move to withdraw this action with prejudice with respect to Plaintiffs' claims under the Fair Labor Standards Act ("FLSA") while dismissing [their] claims under the New York Labor Law ("NYLL") without prejudice." Dkt. 64 at 1. The Court construes this as a request for dismissal by court order pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Defendants do not join in Plaintiffs' request and instead wish for Plaintiffs to dismiss the entire action with prejudice or ask the Court to place several conditions on any dismissal without prejudice. Dkt. 66. Specifically, Defendants' requested conditions are as follows:

1. FLSA claims must be dismissed with prejudice;
2. [A]ny voluntary dismissal must waive the right of [P]laintiffs to seek attorneys' fees, including statutory attorneys' fees, for any legal work performed by [P]laintiffs' counsel in this federal action;
3. [A]ny Notices to Admit that have now been answered by the [P]laintiffs . . . must remain binding on the [P]laintiffs in any subsequently filed action . . .;
4. [P]laintiffs should pay [D]efendants' attorneys' fees incurred in defending this action.

Dkt. 66 at 2.

All parties agree that the FLSA claims should be dismissed with prejudice. Dkt. 64 at 1;

Dkt. 66 at 2. The Court thus grants the dismissal of the FLSA claims with prejudice. The only question is whether the Court should place certain conditions on the dismissal of Plaintiffs' state law claims. The Court declines to do so. Defendants' core argument in favor of such conditions is that Plaintiffs should have sought this dismissal shortly after this action was filed in February 2020 because Defendants informed Plaintiffs that the relevant tax returns for Defendant Penn Station Shoe Repair, Inc. showed that the $500,000 FLSA threshold was not met. Dkt. 66 at 1. However, Plaintiffs' counsel states that he has "concerns" about the accuracy of these returns, Dkt. 64 at 2, and Defendants never moved to dismiss on this ground. The Court thus sees no reason to condition this dismissal as Defendants request. The Court dismisses Plaintiffs' NYLL claims without prejudice.

Plaintiffs' counsel also moved to withdraw as counsel for two Plaintiffs. Dkt. 63. In light of the dismissal, this is denied as moot. Finally, Defendants' request for leave to file a motion for sanctions and attorneys' fees, *see* Dkt. 66 at 2, is denied.

## Conclusion

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs' claims under the FLSA are dismissed with prejudice, and Plaintiffs' claims under the NYLL are dismissed without prejudice. The Clerk of Court is respectfully directed to terminate the motions pending at Docket Numbers 63 and 64 and to close this case.

SO ORDERED.

Dated: April 9, 2021
New York, New York

JOHN P. CRONAN
United States District Judge